CARL VON SCHARFENBERG, Plaintiff, v. MARTIN S. BERNET, Defendant, and JOHN A. KLEMANN and Another, Respondents, Appellants. EQUITABLE CASUALTY AND SURETY COMPANY, Surety, and Another, Appellants, Respondents.— Order modified by striking out the last paragraph thereof and granting motion of defendants, appellants, for the allowance of stenographer's fees of $105.75 as a

disbursement, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.